PAUL L. REIN, Esq., (SBN 43053)
JULIE A. OSTIL, Esq., (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff:
CHARLES BLACKWELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER P. FOLEY; THAI SPEED, INC. dba CITIZEN THAI RESTAURANT; and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO. 08-1971 EMC<br><br>Civil Rights<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 29, 2008      PAUL L. REIN
                           JULIE A. OSTIL
                           ANN WINTERMAN
                           LAW OFFICES OF PAUL L. REIN


                           _____/s/ Paul L. Rein_____
                           Attorneys for Plaintiff:
                           CHARLES BLACKWELL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 08-1971 EMC                          S:\SLR\FOLEY\PLEADINGS\CERT INT PARTIES.PL.wpd