| *Attorney or Party without Attorney:* <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> *Telephone No:* 510-832-5001   *FAX No:* 510-832-4787 <br> *Ref. No. or File No.:* <br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* BLACKWELL
*Defendant:* FOLEY

| PROOF OF SERVICE SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C0801971EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And First Amended Complaint, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen, Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement, Consent To Proceed Before A United States Magistrate Judge, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Certification Of Interested Entities Or Persons, Ecf Registration Information Handout, Guidelines

3. a. *Party served:*   CHRISTOPHER P. FOLEY

4. *Address where the party was served:*   525 BRYANT STREET
   SAN FRANCISCO, CA 94107

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 07, 2008 (2) at: 10:10AM

7. *Person Who Served Papers:*
   a. JOSHUA GODAR

   ONE HOUR LEGAL
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $408.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   1038
      (iii) *County:*   SAN FRANCISCO

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, May. 07, 2008

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL

   JOSHUA GODAR

   reinpr.11454