LAW OFFICES OF JANET BRAYER
JANET BRAYER (SBN 117397)
20 California Street, Suite 201
San Francisco, California 94111
Telephone: (415) 445-9555
Facsimile: (415) 445-9541

Attorney for Defendant
THAI SPEED, INC., dba CITIZEN THAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER P. FOLEY, THAI SPEED, INC., dba CITIZEN THAI and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. C 08-01971-EMC<br><br>**E-FILED**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>[Request for the Honorable Judge Armstrong: See Notice of Pendancy of Action] |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant THAI SPEED, INC. dba CITIZEN THAI RESTAURANT hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to United States District Judge Saundra B. Armstrong, in accord with the Notice of Pendancy of Action filed herewith.

Dated: June 4, 2008

　　　　　　　　　　　　　　　　　　LAW OFFICES OF JANET BRAYER

　　　　　　　　　　　　　　　　　　By:　/s/ Janet Brayer_____
　　　　　　　　　　　　　　　　　　　　JANET BRAYER
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　THAI SPEED, INC. dba CITIZEN THAI

-1-

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
C 08-01971

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 20 California Street, Suite 201, San Francisco, California 94111. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On June 4, 2008 following ordinary business practice, I caused to have served the document(s) described as:   on the interested parties in said action addressed as follows:

P. RICHARD COLOMBATTO
MICHAEL K. TCHENG
COLOMBATTO KLIMENKO LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104

 xx  	(BY MAIL) by placing a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s) with postage thereon fully prepaid in the United States Mail at San Francisco, California.

	(BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth above, or as stated on9 the attached service list, on this date before 5:00 p.m.

	(BY PERSONAL SERVICE) by placing a true and correct copy of the document(s)listed above enclosed in a sealed envelope(s) and causing said envelope(s) to be delivered by hand this date to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 4, 2008** at San Francisco, California.

	  /s/ Anita Vejar
	       ANITA VEJAR

-2-

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
C 08-01971