LAW OFFICES OF JANET BRAYER
JANET BRAYER (SBN 117397)
20 California Street, Suite 201
San Francisco, California 94111
Telephone: (415) 445-9555
Facsimile: (415) 445-9541

Attorney for Defendant
THAI SPEED, INC., dba CITIZEN THAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>           Plaintiff,<br><br>     vs.<br><br>CHRISTOPHER P. FOLEY, THAI SPEED, INC., dba CITIZEN THAI and DOES 1-10, Inclusive,<br><br>           Defendants. | Case No. C 08-01971-EMC<br><br>**E-FILED**<br><br>**NOTICE OF PENDENCY OF ACTION OR PROCEEDING** |

PLEASE TAKE NOTICE that there is currently pending an action before the Honorable Judge Saundra Armstrong involving the same real property at issue and the same principle parties. Defendant THAI SPEED, INC., dba CITIZEN THAI knows that the case of <u>Charles Blackwell v. City and County of San Francisco, 1268 Grant Avenue, LLC, Christopher P. Foley</u>, United States District Court for the Northern District of California Case No. C 07-04629 SBA; Civil Rights ADA action involves all or a material part of the same subject matter and all or substantially all the same parties as this pending action.

   (1) Description of the other action:

   <u>Charles Blackwell v. City and County of San Francisco, 1268 Grant Avenue, LLC, Christopher P. Foley</u>,. Case No. C 07-04629 SBA; Civil Rights ADA action;

-1-
NOTICE OF PENDENCY OF ACTION OR PROCEEDING
C 08-01971

(2) The title and location of the court in which the other action or proceeding is pending:

USDC Northern District of California, Oakland.

(3) A brief statement of the relationship of the other action to the action or proceeding pending in this district:

Both actions involve the same real property and the same defendants. In the case currently pending before the Honorable Judge Armstrong, case number C 07-04629, defendants 1268 Grant Avenue LLC and Christopher Foley filed a Motion to Dismiss the Complaint. In response to said Motion to Dismiss, Plaintiff Blackwell filed a First Amended Complaint without leave of court; said First Amended Complaint was filed on November 15, 2007 and alleges, as in the First Amended Complaint filed in action number C 08-01971, that Plaintiff was "patronizing" the restaurant at issue in both cases, with his expert consultant and that during said site visit Plaintiff encountered barriers. The First Amended Complaint in Action C 07-04629 SBA named defendants Christopher Foley, and Thai Speed, Inc. dba Citizen Thai.

In response to the First Amended Complaint in Action C 07-04629, defendant filed a motion under Federal Rule of Civil Procedure 12(f), as the First Amended Complaint was filed without leave of court and while the Motion to Dismiss the original Complaint was pending. The Honorable Judge Armstrong granted the Motion to Strike the First Amended Complaint by Order of March 24, 2008. In response to said Order, Plaintiff filed this new lawsuit, Action C 08-01971.

(4) Coordination will conserve resources and promote efficiency:

Defendant is of the opinion that coordination of the two actions, with the Honorable Judge Armstrong presiding, would avoid conflicts, conserve resources and promote an efficient determination of the action. The Honorable Judge Armstrong is aware of the history of the events alleged in both cases, and initial disclosures have already taken place in the first action; disclosures in both actions would be substantially the same.

WHEREFORE, defendant Thai Speed, Inc., dba Citizen Thai, prays that this case be

transferred and assigned to the Honorable Judge Armstrong.

Dated: June 4, 2008               LAW OFFICES OF JANET BRAYER

                                          By: /s/ Janet Brayer_____
                                                       JANET BRAYER
                                                       Attorneys for Defendant
                                                       THAI SPEED, INC. dba CITIZEN THAI

NOTICE OF PENDANCY OF ACTION OR PROCEEDING
C 08-01971

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 20 California Street, Suite 201, San Francisco, California 94111. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On June 4, 2008 following ordinary business practice, I caused to have served the document(s) described as: **NOTICE OF PENDENCY OF ACTION OR PROCEEDING** on the interested parties in said action addressed as follows:

P. RICHARD COLOMBATTO
MICHAEL K. TCHENG
COLOMBATTO KLIMENKO LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104

 xx     (BY MAIL) by placing a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s) with postage thereon fully prepaid in the United States Mail at San Francisco, California.

(BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth above, or as stated on9 the attached service list, on this date before 5:00 p.m.

(BY PERSONAL SERVICE) by placing a true and correct copy of the document(s)listed above enclosed in a sealed envelope(s) and causing said envelope(s) to be delivered by hand this date to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 4, 2008** at San Francisco, California.

    /s/ Anita Vejar_____
        ANITA VEJAR

-4-
NOTICE OF PENDANCY OF ACTION OR PROCEEDING
C 08-01971